# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 234 WAL 2016

           Respondent    :    Petition for Allowance of Appeal from
                                 :    the Order of the Superior Court

           v.    :

CARLOS LAMONT JONES,    :

           Petitioner    :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.